IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00124-CR

 

Ex parte
Eric Dale Angelo

 

 



From the 54th District Court

McLennan County, Texas

Trial Court Nos. 2009-726-C2
& 2009-603-C2

 



MEMORANDUM  Opinion










 

            Eric Dale Angelo attempts to request
post-conviction relief through an original petition for habeas corpus addressed
to this Court.  By letter, the Clerk notified Angelo that this proceeding was
subject to being dismissed because this Court does not have jurisdiction to
issue or grant a post-conviction writ of habeas corpus.  See Tex. Code Crim. Proc. Ann. art. 11.05
(Vernon 2005).  Angelo was further warned that the proceeding would be
dismissed unless, within 21 days of the date of the letter, a response was
filed showing grounds for continuing the proceeding.  Angelo has not filed a
response.

            Accordingly, this proceeding is
dismissed.  See Tex. R. App. P.
44.3.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Proceeding
dismissed

Opinion
delivered and filed May 5, 2010

Do
not publish 

[CR25]